

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2019

No. 04-19-00455-CV

**IN THE INTEREST OF Y.M. AND J.A.V., JR.**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00111
The Honorable Monique Diaz, Judge Presiding

# O R D E R

The Appellee, A.M., Jr.'s Motion for Extension of Time to File Brief is hereby GRANTED. The appellee's brief is due on or before October 21, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2019.

_Luz Estrada_
Luz Estrada,
Chief Deputy Clerk